**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MESHELL TAYLOR, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | 11 C 2167 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Milton Shadur |
| The CITY OF BERWYN, Illinois, a Municipal | ) | |
| Corporation, Berwyn Police Officers Anthony | ) | |
| GENNET (#249, RAMON ORTIZ, (#289), | ) | Magistrate Judge Cole |
| ROBERT SEPE (#241), J. KENNY (#248), and | ) | |
| JOHN O'HALLORAN, Berwyn Community | ) | |
| Service Officer, JOHN HARALAMOS, COOK | ) | |
| COUNTY, Illinois, THE SHERIFF OF COOK | ) | |
| COUNTY, and Cook County Sheriff's Police | ) | |
| Officers JIM DUFFY, MIKE MENDEZ and | ) | |
| KEVIN BADON, LANGLEY PRODUCTIONS, | ) | |
| INC., a California Corporation, UNKNOWN | ) | |
| LAGLEY EMPLOYEES and AGENT, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

To:   Elizabeth Uribe
      Torreya L. Hamilton
      Hamilton Law Office
      11 South LaSalle Street, Suite 1000
      Chicago, Illinois 60603
      Email: eru@thehamiltonlawoffice.com
      Email: tlh@thehamiltonlawoffice.com

      K. Austin Zimmer
      Del Galdo Law Group, LLC
      1441 South Harlem Avenue
      Berwyn, IL 60402
      Email: zimmer@dlglawgroup.com

Thomas P. Needham
11 South LaSalle Street, Suite 1000
Chicago, Illinois 60603
Email: tpn@needhamlaw.com

Cynthia Sara Grandfield
Del Galdo Law Group, LLC
1441 South Harlem Avenue
Berwyn, IL 60402
Email: grandfield@dlglawgroup.com

Eric T Stach
Del Galdo Law Group, LLC
1441 South Harlem Avenue
Berwyn, IL 60402
Email: stach@dlglawgroup.com

Veronica Bonilla-Lopez
Del Galdo Law Group, LLC
1441 S. Harlem Avenue
Berwyn, IL 60402
Email: vblopez@dlglawgroup.com

Devlin Joseph Schoop
Laner, Muchin, Dombrow, Becker,
Levin & Tominberg, Ltd.
515 North State Street
Email: dschoop@lanermuchin.com

Blaine C. Kimrey
Lathrop & Cage, LLP
100 North Riverside Plaza
Suite 2100
Chicago, IL 60606
bkimrey@lathroppage.com

Jordan Alan Stein
Lathrop & Cage, LLP
100 North Riverside Plaza
Suite 2100
Chicago, IL 60606
jstein@lathroppage.com

      PLEASE TAKE NOTICE that on September 23, 2011, I filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the attached: **Defendants' Answer to Plaintiff's Second Amended Complaint.**

      Respectfully submitted,

      ANITA ALVAREZ
      State's Attorney of Cook County

By: /s/ David R. Condron
      David R. Condron
      Assistant State's Attorney
      Civil Actions Bureau
      500 Richard J. Daley Center
      Chicago, Illinois 60602
      (312) 603-3368

CERTIFICATE OF SERVICE

    I, David R. Condron, Assistant State's Attorney, hereby certify that the attached was served upon the above-named parties on September 23, 2011 at or before 5:00 p.m. electronically pursuant to ECF General Order XI (c).

                                                                  /s/ David R. Condron
                                                                    David R. Condron